| | | | |
|---|---|---|---|
| Inmate Name: DUNN, ADRIAN L | | Reg #: 21571-045 | |
| Date of Birth: 11/27/1973 | Sex: M  Race: BLACK | Facility: MAR | |
| Encounter Date: 01/24/2020 11:28 | Provider: Pass, Randall MD/CD | Unit: J02 | |

Chronic Care - 14 Day Physician Eval encounter performed at Health Services.

**SUBJECTIVE:**

    **COMPLAINT 1**    **Provider:** Pass, Randall MD/CD

        **Chief Complaint:** Chronic Care Clinic

        **Subjective:** 46 year old here for 14 day MD evaluation after recent transfer from Manchester, with medical problems:
1) Chronic lymphocytic leukemia ~ diagnosed last year when it was noted that he had lymphocytosis and lymphadenopathy ~ being managed conservatively ~ has consults in system for f/u imaging and Oncology referrals ~ he is asymptomatic
2) HYPERTENSION ~ on HCTZ and Lisinopril ~ good blood pressure on all recent checks
3) ASTHMA ~ on PRN albuterol inhaler, uses rarely
Care Level 2, no medical restrictions
Optometry ~ visit appears overdue
Immunizations ~ refused by inmate
Releases in 2026

        **Pain:** No

**Seen for clinic(s):** Hypertension, Pulmonary/Respiratory, General
**Added to clinic(s):** General

**ROS:**
  **General**
    **Constitutional Symptoms**
      No: Unexplained Weight Loss, Weight Gain
  **Cardiovascular**
    **General**
      Yes: Hx Hypertension
  **Pulmonary**
    **Respiratory System**
      Yes: Hx Asthma

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/24/2020 | 11:41 MAR | 97.8 | 36.6 | | Pass, Randall MD/CD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/24/2020 | 11:41 | 69 | | | Pass, Randall MD/CD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 01/24/2020 | 11:41 MAR | 14 | Pass, Randall MD/CD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|

| Date | Time | Value | Location | Position | Cuff Size | Provider |
| --- | --- | --- | --- | --- | --- | --- |
| 01/24/2020 | 11:41 MAR | 130/85 | | | | Pass, Randall MD/CD |

**Wright Peak Flow:**

| Date | Time | Attempt 1 | Attempt 2 | Attempt 3 | Effort | Bronchodilator | Provider |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 01/24/2020 | 11:41 MAR | 540 | 530 | | | Without | Pass, Randall MD/CD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
| --- | --- | --- | --- | --- |
| 01/24/2020 | 11:41 MAR | 100 | | Pass, Randall MD/CD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
| --- | --- | --- | --- | --- | --- |
| 01/24/2020 | 11:41 MAR | 180.0 | 81.6 | | Pass, Randall MD/CD |

Exam:
  Diagnostics
    Laboratory
      Yes: Results
  General
    Affect
      Yes: Pleasant, Cooperative
  Pulmonary
    Auscultation
      Yes: Clear to Auscultation
      No: Wheezing
  Cardiovascular
    Auscultation
      Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
      No: M/R/G
  Peripheral Vascular
    General
      No: Non-Pitting Edema, Pitting Edema
  Musculoskeletal
    Gait
      Yes: Normal Gait
  Mental Health
    Mood
      Yes: Within Normal Limits, Appropriate

**ROS comments**
  Has lost weight, purposeful, running

**Exam comments**
  BMI = 25
  Has baseline CXR, EKG, and HIV/Hepatitis testing on chart
  Most recent labs are from October:
  -CMP with CR 1.32
  -CBC with WBC 21.7K and lymphocytes are 17.5K
  -cholesterol 142, HDL 46, LDL 87
  -HbA1C 6.0%

March 24, 2020                 Adrian L. Dunn Sr. #21571-045
                               Case No. 09-00188-04-CR-W-NKL
                               Federal Prison Camp
                               P.O. Box 1000

A request for a Motion under 18 U.S.C. 4205(g) or 3582(c)(1)(t.
To the Warden of Federal Prison Marion,
I Adrian L. Dunn Sr. #21571-045, Am writing you concerning a Reduction In Sentence (RIS). This Initiation of request § 571.61 Extraordinary or Compelling Circumstances. I was enhanced from a 10 to life to a 20 to life based on a Prior Simple possession of a Control Substance. I Never appeared before any Judge Concerning the Suspended Execution of Sentence of 3 years probation. There is no hearing located on the date and Case No. Provided by the Government to enhance me for such. I proceeded to trial and received this enhancement as a trial penalty after electing to exercise my Constitutional right to a trial. As of today the prior possession of a Control Substance would not qualify to enhance my punishment. I have several Chronic health issues thats putting me in danger of this New Corona Virus. I have Asthma, High blood pressure, And I was Just diagnosed with Chronic lym Leukemia. I have a Stable bb, a family to return to, a family owned business thats been Successful for over 10 years now "Cuti's Fried fish" thats been providing for my house hold over the years. I am a Non-Violent offender with no incident reports in the 12 years and 9 months of being incarcerated

I have attached documents showing my argument about the prior conviction for enhancement that does not qualify Anymore due to the First Step Act that was passed but did not make retroactive. I have four children that I am very close to that needs my guidance not just mentally but physically very bad. I have a motion in the Courts right now thats pending for 3582(c)(2) and (c)(1)(A) Compassionate release but from my understanding now is that I was supposed to exhaust my remedies first through the Warden. I have Completed Several BOP programs over the years, including Out-Patient residential drug program. I Pray and hope that you would find in your heart to grant me a Sentence reduction and Compassionate release to reenter into society and be with my family along with being a law biding Citizen.

Sincerely,
Adrian L. Dunn Sr.
#21571-045

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 09-0188-06/14-CR-W-SOW |
| ) | |
| ADRIAN L. DUNN, ) | |
| ) | |
| Defendant. ) | |

## INFORMATION TO ESTABLISH PRIOR CONVICTIONS

Comes now the United States of America, by and through its undersigned attorneys, and hereby informs the Court, in accordance with the provisions of Title 21, United States Code, Section 851, that on May 9, 2001, before the Honorable Vernon E. Scoville, III, Associate Circuit Court Judge, Jackson County Missouri, the defendant was convicted of a felony drug offense, Possession of a Controlled Substance (Class C felony), in case number 16CR01000390. On May 9, 2001, Defendant Dunn was sentenced to three (3) years imprisonment in the Missouri Department of Corrections, execution of that sentence was suspended for said crime. As a result of this prior, drug-related, felony conviction, the penalty for Count One of the Indictment in this matter is increased to not less than 20 years imprisonment (instead of 10 years imprisonment) and not more than life imprisonment, a fine of not more than $8,000,000 (instead of $4,000,000), and a minimum of ten years supervised release (instead of five).

Furthermore, upon conviction on Count One, defendant must be sentenced to a statutory minimum period of incarceration of twenty years (instead of ten). 21 U.S.C. § 841(b)(1)(A).

Respectfully submitted,

Matt J. Whitworth
Acting United States Attorney

By  /s/ Joseph M. Marquez

Joseph M. Marquez   #40634
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 E. Ninth Street, Fifth Floor
Kansas City, Missouri 64106
Telephone: (816) 426-3122

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on July 2, 2009, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

Patrick Peters, Esq.
600 E. 8th, Suite A
Kansas City, MO 64106

/s/ Joseph M. Marquez

Joseph M. Marquez
Assistant United States Attorney

2

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

STATE OF MISSOURI
PLAINTIFF

NO. 01-00390

VS.

DOCKET _____

DIVISION 28

Adrian Dunn
DOB: 4/27/1973 ; B/M
DEFENDANT

## JUDGMENT
(GUILTY PLEA - PROBATION)
(SUSPENDED EXECUTION OF SENTENCE)

Offense Date: 3/29/2000

On May 9, 2001, came the attorney for the State, Paul Kittredge, and defendant appeared in person and by attorney, Dan Ross.

It is adjudged that defendant, having been found guilty upon a plea of guilty entered on May 9, 2001 of the offense(s) of Possession of a controlled substance

a class C felony/misdemeanor, is guilty of said offense(s).

It is ordered and adjudged that defendant is sentenced and committed to the custody of the Division of Adult Institutions/Jackson County Department of Corrections for imprisonment for a period of 3 years.

It is ordered that the Court Administrator deliver a certified copy of this judgment and commitment to the Jackson County Department of Corrections and that the copy serve as the commitment of defendant.

Further it is ordered that execution of sentence(s) be suspended and that said defendant is placed on probation for a period of 3 years under the supervision of the Missouri State Board of Probation and Parole subject to the general conditions of probation and the following special conditions: 1) 40 hours community service; 2) Substance Abuse evaluation + treatment.

Probation may be transferred to Texas

It is ordered and adjudged that the State of Missouri have and recover from the defendant the sum of $ 46.00 for the Crime Victims' Compensation Fund, and that execution issue therefor.

It is ordered and adjudged, pursuant to Chapter 600 R.S. Mo., that the State of Missouri have and recover from the defendant the sum of 0 for services of the Public Defender, and that execution issue therefor.

DATE
JUDGE

CT 1351 - 6/87

ORIGINAL
(FILE IN COURT'S CASE FILE FOLDER)

Case 4:09-cr-00188-BCW   Document 981   Filed 04/27/20   Page 7 of 10



# CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
### DEPARTMENT OF CRIMINAL RECORDS

1315 LOCUST  
KANSAS CITY, MISSOURI 64106  
(816) 881-4350

308 W KANSAS, SUITE 127  
INDEPENDENCE, MISSOURI 64050  
(816) 881-4500

JEFFREY A. EISENBEIS  
Court Administrator

VERNA PROCTOR  
Director of Criminal Records

To: Renee Dunn

Date: January 28th, 2016

## Notice of Inability to Process

We received the following documents(s) and/or request(s) for processing:
Adrian Dunn Sr 16CR01000390-01 Copy Request JB

We are returning your document(s)/request(s) without processing due to the following reason(s):

☐ No case number provided; ☐ Incorrect case number provided

☐ Unable to read request (i.e. handwriting, illegible print, etc.); ☐ Unable to interpret request

☐ The Department of Criminal Records performed a cursory database search for criminal cases referenced in your document/request; the search produced no results. While we can confirm the database search produced no results, we neither confirm nor deny a record may indeed exist.

☐ You requested a background check, which we do not perform. The Missouri State Highway Patrol performs these types of checks; please visit their website, www.mshp.dps.mo.gov, for more information.

☐ Transcript requests should be directed to the court reporter in the Division where the case was heard. Please direct your correspondence as follows: Attn: Court Reporter, Division ____,
☐ 415 E. 12th Street, Kansas City, MO 64106
☐ 308 W. Kansas, Independence, MO 64050

☒ Other No hearings were located on the date provided May 9th, 2001 for Adrian Dunn 16CR01000390-01.

*Note: Court case information may also be obtained by accessing www.courts.mo.gov/casenet.*

FEDERAL PUBLIC DEFENDER
WESTERN DISTRICT OF MISSOURI
1000 WALNUT
SUITE 600
KANSAS CITY, MISSOURI 64106

LAINE CARDARELLA
FEDERAL PUBLIC DEFENDER

(816) 471-8282
(FAX): (816) 471-8008
http://mow.fd.org

September 4, 2019

Adrian Dunn, 21571-045
FCI Manchester
PO Box 4000
Manchester, KY 40962

Dear Mr. Dunn:

    I am in receipt of your letter asking for help because you don't think your sentence was rightly enhanced based on a prior conviction. I'm sorry it has taken me so long to respond. I'm not sure why you don't think you have a prior conviction. You sent me the Judgment from Jackson County case number 01-390. It shows that you were convicted of the class C felony of possession of a controlled substance, and that you received a 3 year suspended sentence. That's a conviction which, at the time, qualified you for the enhanced punishment.

    Today, that conviction would not qualify to enhance your punishment. However, the law that changed the definition of those qualifying prior convictions was not retroactive. In other words, you cannot use the new law to try to argue that you don't qualify for the enhanced punishment.

    I'm sorry but I don't see any way to help you. Even if your prior conviction didn't qualify, I don't think I could file anything on your behalf. I imagine you would have to find some sort of habeas action to pursue.

Sincerely,

/s/ Laine Cardarella

Laine Cardarella
Federal Public Defender

LTC:bkb

To Whom this Letter
May Concern I Mrs Renee' Dunn is writing this Letter Concerning my Son Mr. Adrion L. Dunn Sr. has been gone for eleven years. Mr. Dunn has a illness that is very serious he is ill and due to the Covid-19 going on I think Mr. Dunn will be Cable and ready to come home to his family. Can Care for him Mr. Dunn has a daughter that needs her father home to helps her out at home We would really appreciate if Mr. Dunn could come home. Mr. Dunn has Chronic Leukemia and Asthma that is a high risk of Catching the virus. Mr. Warden Sproul is there any way possible that Mr. Dunn could a Least house Arrest so that he Can be home with his family. Mr. Warden Mr. Dunn has gotten him self together and hopely he will be able to Come home and join his family.
         Thank You
      his Mother Renee Dunn